EUGENE L. NELSON and Another, Individually and Composing the Firm

of E. L. NELSON & COMPANY, Respondents, v. MORRIS WALTER, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.